JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEVEN E. SEITZ (NYSBN 4408415)
Special Assistant United States Attorney

150 South Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5080
Facsimile: (408) 535-5081
steven.seitz@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-01201-JF |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| MAURICIO FIGUEROA-AVALOS, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice as to defendant MAURICIO FIGUEROA-AVALOS.

DATED:    1/8/10                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


___/s/_____
STEVEN E. SEITZ
Special Assistant United States Attorney

NOTICE OF DISMISSAL - CR 09-01201-JF

1  Leave of Court is granted to the government to dismiss that information without prejudice as to
2  defendant Mauricio Figueroa-Avalos.

4  Date: 1/14/10

   JEREMY FOGEL
   United States District Judge